# EXHIBIT A



# Notice of Service of Process

null / ALL
Transmittal Number: 20189578
Date Processed: 08/05/2019

| | |
|---|---|
| **Primary Contact:** | Vicki Ann Swanson<br>Medtronic<br>710 Medtronic Pkwy<br>Minneapolis, MN 55432-5603 |
| **Electronic copy provided to:** | Jackie Hiltner |
| **Entity:** | Medtronic, Inc.<br>Entity ID Number  3810357 |
| **Entity Served:** | Medtronic, Inc |
| **Title of Action:** | Sharon Tolbert vs. Medtronic, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Los Angeles County Superior Court, CA |
| **Case/Reference No:** | BC699331 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 08/02/2019 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Christopher J. Gansen<br>424-201-5625 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Medtronic, Inc., Medtronic Neuromodulation, DOES 1-50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Sharon Tolbert

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

Electronically
**FILED**
by Superior Court of California
County of Los Angeles on
**03/28/18**
Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Charlie Coleman

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: 111 N. Hill St., Los Angeles CA 90012
*(El nombre y dirección de la corte es):*

Los Angeles, CA, Central District

CASE NUMBER:
*(Número del Caso):*
**BC699331**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
C. Gansen, Gansen Law Group, P.C., 8335 Sunset Bl., Ste. 204, Los Angeles CA 90069, 424-201-56

DATE: 03/28/2018        Sherri R. Carter        Clerk, by _____, Deputy
*(Fecha)*                *(Secretario)*          Charlie Coleman       *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*


[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):*  Medtronic, INC

   under: ☒ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

E-SCANNED

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Christopher J. Gansen (SBN 232133)<br>Gansen Law Group<br>8335 Sunset Bl., Ste. 204<br>Los Angeles CA 90069<br>TELEPHONE NO.: 424-201-5625    FAX NO. (Optional): 424-214-1170<br>E-MAIL ADDRESS (Optional): chris@gansenlawgroup.com<br>ATTORNEY FOR (Name): Plaintiff Tolbert | **Electronically FILED** by Superior Court of California County of Los Angeles on 03/28/18<br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Charlie Coleman |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA
BRANCH NAME: Central District

PLAINTIFF: Sharon Tolbert

DEFENDANT: Medtronic, Inc., Medtronic Neuromodulation

☑ DOES 1 TO 50

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED (Number):<br>Type (check all that apply):<br>☐ MOTOR VEHICLE   ☑ OTHER (specify): Products Liab.<br>   ☐ Property Damage   ☐ Wrongful Death<br>   ☐ Personal Injury   ☐ Other Damages (specify):<br>Jurisdiction (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded   ☐ does not exceed $10,000<br>                    ☐ exceeds $10,000, but does not exceed $25,000<br>☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>   ☐ from limited to unlimited<br>   ☐ from unlimited to limited | CASE NUMBER:<br><br>BC699331 |

1. Plaintiff (name or names): Tolbert
   alleges causes of action against defendant (name or names):
   Medtronic, Inc., Medtronic Neuromodulation, DOES 1-50
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

FSC:09/11/19 TRIAL: 09/30/19 OSC : 03/29/21   E-SCANNED   CASE #:BC699331 RECEIPT #: 1180328D0292 DATE PAID : 03/28/18 9:03 AM TOTAL : 435.00 TYPE : EFT

PLD-PI-001

| SHORT TITLE: Tolbert v. Medtronic, Inc., Medtronic Neuromodulation, et al. | CASE NUMBER: BC699331 |
|---|---|

4. ☐ **Plaintiff** *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* Medtronic Inc.
      - (1) ☐ a business organization, form unknown
      - (2) ☑ a corporation
      - (3) ☐ an unincorporated entity *(describe):*
      - (4) ☐ a public entity *(describe):*
      - (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):* Medtronic Neuromod
      - (1) ☑ a business organization, form unknown
      - (2) ☐ a corporation
      - (3) ☐ an unincorporated entity *(describe):*
      - (4) ☐ a public entity *(describe):*
      - (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      - (1) ☐ a business organization, form unknown
      - (2) ☐ a corporation
      - (3) ☐ an unincorporated entity *(describe):*
      - (4) ☐ a public entity *(describe):*
      - (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      - (1) ☐ a business organization, form unknown
      - (2) ☐ a corporation
      - (3) ☐ an unincorporated entity *(describe):*
      - (4) ☐ a public entity *(describe):*
      - (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1-25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 26-50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

FSC:09/11/19 TRIAL: 09/30/19 OSC : 03/29/21
E-SCANNED
CASE #:BC699331 RECEIPT #: 1180328D0292 DATE PAID : 03/28/18 9:03 AM TOTAL : 435.00 TYPE : EFT

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| DeBaca v. Cabo Cantina, LLC; Cabo Cantina L.A. LLC | BC699331 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☑ Products Liability
    e. ☐ Premises Liability
    f. ☑ Other *(specify):*
       Song-Beverly Warranty Act

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☑ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 3/27/18

Christopher J. Gansen      ▶

(TYPE OR PRINT NAME)                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]        **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**        Page 3 of 3

FSC:09/11/19 TRIAL: 09/30/19 OSC : 03/29/21

E-SCANNED

CASE #:BC699331 RECEIPT #: 1180328D0292 DATE PAID : 03/28/18 9:03 AM TOTAL : 435.00 TYPE : EFT

PLD-PI-001(2)

| SHORT TITLE: Tolbert v. Medtronic, Inc., Medtronic Neuromodulation | CASE NUMBER: BC699331 |
|---|---|

FIRST (number)  **CAUSE OF ACTION—General Negligence**  Page 4 of 6

ATTACHMENT TO  [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Sharon Tolbert

alleges that defendant *(name):* Medtronic, Inc., Medtronic Neuromodulation

[✓] Does 1 to 50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 3/30/16 (discovery)
at *(place):* Various locations

*(description of reasons for liability):*

In the late 1990s, the Medtronic Itrel 3 (Model 7425) neurostimulator was surgically inserted into Plaintiff's lumbar/buttock region for the purpose of treating her chronic pain condition in Los Angeles CA. The product installed was dangerous and defective in the following ways, among others: the device did not charge or maintain its charge, and/or it had defective circuitry and components including batteries, and/or did not display its actual longevity if used in certain modes.

Defendants knew that said product would be purchased and used without inspection for defects. The product was defective when it left the control of each Defendant. The product at the time of injury was being used in the manner intended by the Defendants, and used in the manner that was reasonably foreseeable by Defendants involving a substantial danger not readily apparent.

Adequate warnings of the danger were not given, nor was notice of any recall, which in any event was, if started at all, done too late to aid Plaintiff. Plaintiff was a recipient, user and purchaser of the product. Defendants, and each of them, owed Plaintiff a duty of reasonable care to manufacture, distribute, sell, and administer a safe product for treatment of her chronic pain condition. Defendants breached their duty of care by both failing to market a safe product and to to report known risks associated with use of its medical device to the Food and Drug Administration. Defendants were aware, or should have been aware, of the risk of their products and production deficiencies, but proceeded with conscious indifference to the rights, safety and welfare of others such that exemplary damages are further warranted.

Plaintiff sustained personal injuries as a direct and proximate result of the negligence of Defendants, all of which injuries have caused and continue to cause Plaintiff mental, physical, and nervous pain and suffering.

Page 1 of 1

| Form Approved for Optional Use Judicial Council of California PLD-PI-001(2) [Rev. January 1, 2007] | **CAUSE OF ACTION—General Negligence** | Code of Civil Procedure 425.12 www.courtinfo.ca.gov |
|---|---|---|

E-SCANNED
FSC:09/11/19 TRIAL: 09/30/19 OSC : 03/29/21
CASE #:BC699331 RECEIPT #: 1180328D0292 DATE PAID : 03/28/18 9:03 AM TOTAL : 435.00 TYPE : EFT

PLD-PI-001(5)

| SHORT TITLE: Tolbert v. Medtronic, Inc., Medtronic Neuromodulation, et al. | CASE NUMBER: BC699331 |
|---|---|

_____SECOND_____ CAUSE OF ACTION—Products Liability     Page __5 of 6__
(number)

ATTACHMENT TO  [✓] Complaint     [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*
Plaintiff *(name):* Sharon Tolbert

Prod. L-1. On or about *(date):* 3/10/16     plaintiff was injured by the following product:

Plaintiff discovered she had been injured by Defendants' Itrel 3 (model 7425) neurostimulator.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
  [ ] used in the manner intended by the defendants.
  [✓] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
  [✓] purchaser of the product.             [✓] user of the product.
  [ ] bystander to the use of the product.  [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. [✓] **Count One—Strict liability** of the following defendants who
  a. [✓] manufactured or assembled the product *(names):*
     Medtronic, Inc., Medtronic Neuromodulation, et al.
        [✓] Does __1__ to __50__

  b. [✓] designed and manufactured component parts supplied to the manufacturer *(names):*
     Medtronic, Inc., Medtronic Neuromodulation, et al.
        [✓] Does __1__ to __50__

  c. [✓] sold the product to the public *(names):*
     Medtronic, Inc., Medtronic Neuromodulation, et al.
        [✓] Does __1__ to __50__

Prod. L-5. [✓] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
     Medtronic, Inc., Medtronic Neuromodulation, et al.
        [✓] Does __1__ to __50__

Prod. L-6. [✓] **Count Three—Breach of warranty** by the following defendants *(names):*
     Medtronic, Inc., Medtronic Neuromodulation, et al.
        [✓] Does __1__ to __50__
  a. [✓] who breached an implied warranty
  b. [ ] who breached an express warranty which was
        [ ] written     [ ] oral

Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        [ ] listed in Attachment-Prod. L-7  [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

CAUSE OF ACTION—Products Liability

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

| SHORT TITLE: Tolbert v. Medtronic, Inc., Medtronic Neuromodulation, et al. | CASE NUMBER: BC699331 |
|---|---|

PAGE 6 of 6

THIRD CAUSE OF ACTION FOR BREACH OF SONG-BEVERLY CONSUMER WARRANTY

Plaintiff incorporates all other pages and allegations of this Complaint as if fully set forth herein, and further alleges as follows:

Defendants manufactured Plaintiff's Itrel 3, an "assistive device" as defined by the Song-Beverly Act, for the purpose of its eventual sale to buyers in California. In the late 1990s, Defendants sold the device to Plaintiff. Pursuant to California Civil Code section 1792, the sale to Plaintiff of the device was accompanied by Defendants' implied warranty that Plaintiff's device was merchantable.

Defendants breached the implied warranty that Plaintiffs device was merchantable because it was not fit for the ordinary purposes for which the goods are used. Specifically, Defendants have had to recall the device due to performance and longevity problems with its batteries and components, which put Plaintiff at risk of sudden death or serious injury. Consequently, Plaintiff did not receive merchantable goods as impliedly warranted by Defendants. Defendants had reason to know that Plaintiff's device was required for a particular purpose, and that Plaintiff was relying on them to furnish suitable goods. Plaintiff's physicians further relied upon Defendants in a like manner to furnish suitable goods. Pursuant to California Civil Code section 1792.1, the sale to Plaintiff of the aforementioned device was accompanied by Defendants' implied warranty that the device was fit for the needs of Plaintiff. Defendants breached this warranty because the device had defects which would cause it to fail. As a direct and proximate cause of Defendants' breach of the implied warranties described herein, Plaintiff sustained severe injuries and damages, and have incurred attorney fees and costs. Plaintiff is informed and believes that she, and/or her physicians, have provided notification of this breach of warranty to Defendants.

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page ____

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501