Ginger Pigott (SBN CA 162908)
Richard Tabura (SBN CA 298677)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
pigottg@gtlaw.com
taburar@gtlaw.com

Defendant MEDTRONIC, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON TOLBERT, | CASE NO.  2:19-cv-7381 DMG (MRWx) |
| Plaintiff, | DEFENDANT MEDTRONIC, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT |
| v. | |
| MEDTRONIC, INC., MEDTRONIC NEUROMODULATION, and DOES 1-50, inclusive, | DATE:        October 11, 2019
TIME:        9:30 A.M.
COURTROOM:   8C
JUDGE:       Hon. Dolly M. Gee |
| Defendant. | |

1

DEFENDANT MEDTRONIC, INC.'S NOTICE OF MOTION TO DISMISS
PLAINTIFF'S COMPLAINT

## **MEMORANDUM OF POINTS AND AUTHORITIES**

TO THE COURT, PLAINTIFF AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 11, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard before the Honorable Dolly M. Gee in the U.S. District Court of the Central District of California, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor, Defendant Medtronic, Inc. ("Medtronic") will and hereby does move to dismiss Plaintiff's Complaint filed in this action, and each purported claim set forth therein against Medtronic, without leave to amend, pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(a), and 9(b).

Medtronic moves to dismiss the Complaint on the following grounds: (1) Plaintiff's claims are barred in their entirety by application of express and implied preemption; (2) Plaintiff's strict liability design defect claim is also barred by California's adoption of the Restatement (Second) of Torts section 402, Comment k; (3) Plaintiff's failure to warn claims are similarly barred by California adoption of the Learned Intermediary Doctrine; (4) Plaintiff's breach of warranty claims independently fail for lack of privity; (5) Plaintiff's breach of implied warranty of fitness claim is also barred by California statute; (6) Plaintiff's claims fail because they are inadequately plead under Federal pleading standards; and (7) Plaintiff has not and cannot plead allegations supporting her claim for punitive damages and such request must be dismissed and/or stricken. For these reasons, all of Plaintiff's claims should be dismissed with prejudice.

Pursuant to Local Rule 7-3, counsel for Medtronic attempted through phone calls, emails and formal correspondence to raise the grounds for this motion starting on August 16, 2019 and through the filing of this motion. This included a lengthy and detailed outline of the factual and legal arguments raised herein sent via email and regular mail on August 27, 2019. No substantive response was provided. Plaintiff's counsel suggested Medtronic's counsel call him at a time and date certain, but counsel for Medtronic was directed to Plaintiff's counsel's voicemail. *See* Declaration of Ginger Pigott, concurrently filed with

this notice of motion.

This motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the concurrently filed Declaration of Ginger Pigott, the concurrently filed Request for Judicial Notice, the pleadings and papers filed herein, and the argument of counsel at the time of any hearing.

DATED:  September 3, 2019          GREENBERG TRAURIG, LLP


By /s/  Ginger Pigott
Ginger Pigott
Defendant MEDTRONIC, INC.