Ginger Pigott (SBN CA 162908)
Richard Tabura (SBN CA 298677)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
pigottg@gtlaw.com
taburar@gtlaw.com

Defendants MEDTRONIC, INC. and MEDTRONIC NEUROMODULATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON TOLBERT, | CASE NO. 2:19-cv-7381 DMG (MRWx) |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| MEDTRONIC, INC., MEDTRONIC NEUROMODULATION, and DOES 1-50, inclusive, | |
| Defendant. | |

1

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed by and between the parties hereto, through their respective undersigned counsel, that the above-entitled action, and any and all claims made therein, shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees to any party.

DATED: November 7, 2019        GREENBERG TRAURIG, LLP


By /s/ Ginger Pigott
Ginger Pigott
Defendants MEDTRONIC, INC. and
MEDTRONIC NEUROMODULATION

DATED: November 7, 2019        GANSEN LAW GROUP


By /s/ Christopher J. Gansen
Christopher J. Gansen
Plaintiff, Sharon Tolbert

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Ginger Pigott, hereby attest that all signatories, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: November 7, 2019        GREENBERG TRAURIG, LLP

By: /s/ Ginger Pigott
Ginger Pigott