# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON TOLBERT,<br><br>　　Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., MEDTRONIC NEUROMODULATION, and DOES 1-50, inclusive,<br><br>　　Defendant. | Case No.: CV 19-7381-DMG (MRWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [17]** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on November 7, 2019 [Doc. # 17],

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation of Dismissal with Prejudice filed by the parties shall be, and is hereby, approved by the Court; and

2. The above-entitled action, and any and all claims made therein, shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees to any party.

DATED: November 8, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE